IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

POINT CONTRACTING, LLC,

    Plaintiff,

v.                                                        2:24-cv-00562-SMD-KRS

URBAN INVESTMENT RESEARCH CORPORATION,
and WEST ROSWELL NM, LLC,

    Defendant(s).

## ORDER

THIS MATTER having come before the Court upon Defendants' Stipulated Motion for Extension of Time To File Motion to Compel. (Doc. 41). The Court, having considered the Motion, finding that there is good cause for granting the Motion and noting the Motion is unopposed, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Defendants shall have until March 14, 2025, to file a motion to compel should one be warranted.

IT IS SO ORDERED this 18th day of February, 2025.

                                                          _____
                                                          KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE

Submitted:

By: */s/ Christina Muscarella Gooch*
Christina Muscarella Gooch, Esq.
Sutin, Thayer & Browne APC
6100 Uptown Boulevard NE, Suite 400
Albuquerque, NM 87110
T: 505.883.3433
Email: tmg@sutinfirm.com

By: */s/ Rakesh Khanna*
Rakesh Khanna, Esq.
125 South Wacker Drive, Suite 300

Chicago, Illinois 60606
T. 312-663-0004
Email: rakesh@weissberglaw.com
*Attorneys for Defendants Urban Investment Research Corporation and West Roswell, NM, LLC*


Approved:

By: */s/ David R. Baake*
David R. Baake, Esq.
Baake Law, LLC
2131 N Main St.
Las Cruces, NM 88001
(575) 343-2782
Email: david@baakelaw.com
*Attorney for Plaintiff Point Contracting, LLC*

7352311