IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

POINT CONTRACTING, LLC,

    Plaintiff,

    v.                                2:24-cv-00562-SMD-KRS

URBAN INVESTMENT RESEARCH
CORPORATION, and WEST ROSWELL NM, LLC,

    Defendant(s).

**ORDER GRANTING MOTION TO EXTEND DEADLINES
IN THIS COURT'S OCTOBER 23, 2024 SCHEDULING ORDER (DOC. 26)**

THIS MATTER is before the Court upon Defendants' *Stipulated Motion To Extend Deadlines In This Court's October 23, 2024 Scheduling Order (Doc. 26)*. **(Doc. 44).** The Court, having considered the Motion, finding that there is good cause for granting the Motion and noting the Motion is unopposed, hereby GRANTS the Motion.

IT IS HEREBY ORDERED that the October 23, 2024 Order ("Scheduling Order") (Doc. 26) is modified only as it relates to the following deadlines:

1. Deadline for expert reports to be exchanged by the parties: **May 5, 2025.**

2. Deadline for rebuttal reports: **May 26, 2025**

3. Termination of Discovery: **June 20, 2025**

4. Motion Relating to Discovery: **July 7, 2025**

5. All other Motions: **August 22, 2025**

All remaining future dates set forth in the Scheduling Order shall remain in place.

IT IS SO ORDERED this 4th day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

SUTIN, THAYER & BROWNE
A Professional Corporation

By: */s/ Christina Muscarella Gooch*
    Christina Muscarella Gooch, Esq.
6100 Uptown Boulevard NE, Suite 400
Albuquerque, NM 87110
T: 505.883.3433
Email: tmg@sutinfirm.com


By: */s/ Rakesh Khanna*
    Rakesh Khanna, Esq.
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
T. 312-663-0004
Email: rakesh@weissberglaw.com
*Attorneys for Defendants, Urban Investment Research Corporation and West Roswell, NM, LLC*

Approved:


By: *Approved by David R. Baake via email 3/2/2025*
    David R. Baake, Esq.
Baake Law, LLC
2131 N Main St.
Las Cruces, NM 88001
(575) 343-2782
Email: david@baakelaw.com
*Attorney for Plaintiff, Point Contracting, LLC*