**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

POINT CONTRACTING, LLC,

Plaintiff,

v. No. 2:24-cv-00562-SMD-KRS

URBAN INVESTMENT RESEARCH CORPORATION, et al.,

Defendants.

**ORDER DENYING JOINT MOTION**
**TO APPEAR REMOTELY AT PRETRIAL CONFERENCE**

**THIS MATTER** is before the Court on the parties' Joint Motion for Leave to Appear Remotely at Pretrial Conference, Doc. 84. For the reasons discussed below, and after reviewing the relevant law and filings, the joint motion is **DENIED**.

On October 20, 2026, Plaintiff Point Contracting, LLC and Defendants Urban Investment Research Corporation and West Rosewell, NM, LLC filed a Joint Motion for Leave to Appear Remotely at Pretrial Conference. Doc. 84 ("Joint Motion"). The parties state that the conference can be conducted efficiently via video conference, which will reduce travel costs for both sides. *Id.* at 1.

The Court denies the Joint Motion to ensure the efficient administration of the docket and preparation for trial. *See United States v. Schneider*, 594 F.3d 1219, 1226 (10th Cir. 2010) ("The power of district courts to manage their dockets is deeply ingrained in our jurisprudence."). No local rules or rules of civil procedure require the Court to conduct a pretrial conference remotely solely to reduce travel costs. Given the complexity of this case, the Court finds that an in-person pretrial conference is necessary to ensure the most effective proceeding.

**CONCLUSION**

**IT IS ORDERED** that the Joint Motion for Leave to Appear Remotely at Pretrial Conference (Doc. 84) is **DENIED**.

**IT IS FURTHER ORDERED** that the pretrial conference is rescheduled to November 24, 2026, at 10:30 a.m. The parties **SHALL** appear in person in the 420 Mimbres Courtroom (North Tower).

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**